UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WILLIAM MORROW                                  :
AFRH-W P.O. Box 1028
3700 N. Capitol Street
Washington, D.C.  20011-8400                    :

    Plaintiff,                              :

vs.                                             : Civil Action No. _____

UNITED STATES OF AMERICA                        :
Serve:
 Kenneth L. Wainstein                           :
 United States Attorney
 555 4th Street, N.W.                           :
 Washington, D.C. 20001
                                                :

Serve Also:                                     :
Alberto Gonzales
 Attorney General                               :
 Department of Justice
 950 Pennsylvania Avenue, N.W.                  :
 Washington, D.C. 20530
                                                :
    Defendant.

## **COMPLAINT**

(Negligence)

1.    Jurisdiction is vested in this Court pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b), 2671, et seq.

2.    On July 14, 2004, plaintiff, William Morrow, filed a notification of claim against the United States of America pursuant to the Federal Tort Claims Act.

3.    Plaintiff has exhausted all administrative remedies.

4.    On or about November 14, 2002, at approximately 12:00 p.m., plaintiff, William Morrow, was a passenger on an elevator at LaGuarde Hospital on the grounds of the U.S. Soldier's and Airmen's Home.  There was another individual on the elevator who was operating a large electric cart.  This individual was facing backwards with respect to plaintiff.  When the elevator reached the first floor, Arland Reid, the elevator

-2-

attendant, and an agent and/or employee of defendant, United States of America, ordered the operator of the electric cart to "get out and step on it." This resulted in the cart backing up very quickly, knocking plaintiff to the ground.

5. This incident would not have occurred but for the fact that defendant United States of America's employee negligently directed passengers out of the elevator and the defendant, United States of America, negligently trained its employee or agent in the operation of the elevator.

6. As a direct and proximate result of the aforesaid negligence, plaintiff, William Morrow, suffered injury to all parts of his body, some of which are believed to be permanent, especially to his right thigh, right leg and lower back, resulting in a decreased ability to ambulate, suffered and will suffer great pain of body and mind, incurred and will incur medical and out-of-pocket expenses, and, as a result, has been damaged in the amount of $250,000.00.

WHEREFORE, the premises considered, plaintiff, William Morrow, demands judgment against defendant, United States of America, in the amount of $250,000.00, plus costs and interest.

                                                                CADEAUX, TAGLIERI, & NOTARIUS, P.C.

                                                                _____
                                                                Joyce M. Notarius     #943712
                                                                Attorney for Plaintiff
                                                                 1100 Connecticut Avenue, N.W.
                                                                 Suite 800
                                                                 Washington, D.C.  20036
                                                                Telephone (202) 785-3373