UNITED STATES DISTRICT COURT

District of Columbia

WILLIAM MORROW             :

    Plaintiff,               :

vs.                        :     Case No. 1:05CV01160
                                                      Judge John Garrett Penn

UNITED STATES OF AMERICA   :

    Defendant.

## AFFIDAVIT OF SERVICE

COMES NOW Joyce M. Notarius, Esquire, counsel for plaintiff, and deposes and says as follows:

1. On June 13, 2005, a copy of the Summons and Complaint was sent to defendant United States of America, by mailing it to Alberto Gonzales, Attorney General, by certified mail, as more fully appears on the Receipt for Certified Mail, No. P 7160 3901 9842 6220 9443, attached to this Affidavit.

2. On June 20, 2005, an agent, servant and/or employee of the defendant did receive and sign for said copy of the aforesaid documents, as more fully appears on the attached return receipt.

*[Certified Mail Receipt attached, addressed to: Alberto Gonzales, Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. Postmarked 6-13-05. No. 7160 3901 9842 6220 9443. PS Form 3800, January 2003.]*

*[Stamp: RECEIVED JUL 14 2005 SUPERIOR COURT]*

CADEAUX & TAGLIERI, P.C.
ATTORNEYS AT LAW
1100 CONNECTICUT AVE., N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 785-3373
FAX (202) 775-5697

-2-

[Certified Mail Return Receipt]

2. Article Number: 7160 3901 9842 6220 9443
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:

Alberto Gonzales
Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

PS Form 3811, January 2003 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

CADEAUX, TAGLIERI, AND NOTARIUS, P.C.

_____
Joyce M. Notarius         #943712
Attorney for Plaintiff
1100 Connecticut Avenue, N.W.
Suite 800
Washington, D.C.  20036
Telephone (202) 785-3373

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, this __24__ day of June, 2005.

_____
NOTARY PUBLIC

My Commission Expires: _____

CADEAUX & TAGLIERI, P.C.
ATTORNEYS AT LAW
1100 CONNECTICUT AVE., N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 785-3373
FAX (202) 775-5697

FRANCES NATOLI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2008

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Service was sent by first class mail, postage prepaid, on this **24th** day of June, 2005 , to the following:

Alberto Gonzales
Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Kenneth L. Weinstein
United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

_____
Joyce M. Notarius
Attorney for Plaintiff

JMN/fan

CADEAUX & TAGLIERI, P.C.
ATTORNEYS AT LAW
1100 CONNECTICUT AVE., N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 785-3373
FAX (202) 775-5697