UNITED STATES DISTRICT COURT

District of Columbia

WILLIAM MORROW           :

    Plaintiff,            :

vs.                              : Case No. 1:05CV01160
                                  Judge John Garrett Penn

UNITED STATES OF AMERICA :

    Defendant.

### AFFIDAVIT OF SERVICE

COMES NOW Joyce M. Notarius, Esquire, counsel for plaintiff, and deposes and says as follows:

    1.    On June 13, 2005, a copy of the Summons and Complaint was sent to defendant United States of America, by mailing it to Kenneth L. Weinstein, United Attorney General, by certified mail, as more fully appears on the Receipt for Certified Mail, No. P 7160 3901 9842 6220 9436, attached to this Affidavit.

    2.    On June 20, 2005, an agent, servant and/or employee of the defendant did receive and sign for said copy of the aforesaid documents, as more fully appears on the attached return receipt.

CADEAUX & TAGLIERI, P. C.
ATTORNEYS AT LAW
1100 CONNECTICUT AVE., N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 785-3373
FAX (202) 775-5697

US Postal Service
**Certified Mail Receipt**
Domestic Mail Only; No Insurance Coverage Provided

7160 3901 9842 6220 9436

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

6-13-05
Postmark Here

Sent To:
Kenneth L. Weinstein
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

PS Form 3800, January 2003   US Postal Service   **Certified Mail Receipt**

2

-2-

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9842 6220 9436 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature | |
| | X   JUN 2 0 2005 | ☐ Agent  ☐ Addressee |
| 3. Service Type CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes  ☐ No |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | | |
| 1. Article Addressed to: Kenneth L. Wainstein, United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 | | |

PS Form 3811, January 2003                    Domestic Return Receipt

CADEAUX, TAGLIERI, AND NOTARIUS, P.C.

_____
Joyce M. Notarius    #943712
Attorney for Plaintiff
1100 Connecticut Avenue, N.W.
Suite 800
Washington, D.C. 20036
Telephone (202) 785-3373

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, this 24 day of June, 2005.

_____
NOTARY PUBLIC

My Commission Expires: _____

FRANCES NATOLI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2008

CADEAUX & TAGLIERI, P.C.
ATTORNEYS AT LAW
1100 CONNECTICUT AVE., N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 785-3373
FAX (202) 775-5697

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Service was sent by first class mail, postage prepaid, on this **24th** day of June, 2005, to the following:

Alberto Gonzales
Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Kenneth L. Weinstein
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

_____
Joyce M. Notarius
Attorney for Plaintiff

JMN/fan

CADEAUX & TAGLIERI, P.C.
ATTORNEYS AT LAW
1100 CONNECTICUT AVE., N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 785-3373
FAX (202) 775-5697