UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MORROW | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1160(JGP) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

## ANSWER

### FIRST DEFENSE

The complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The claim is barred because of plaintiff's contributory negligence.

### THIRD DEFENSE

Defendant responds separately to the numbered paragraphs and prayers for relief as follows:

1. Admitted.

2. Admitted, except to note the records are unclear as to actual date of receipt. The records reflect the claim was faxed to Bolling Air Force Base on 26 July 2004.

3. Admitted.

4. Denied, except to admit Arland Reid was an elevator operator

at the Armed Forces Retirement Home and that on about November 18, 2002, Mr. Marrow complained to his medical personnel he had suffered a fall.

5.   Denied.

6.   Denied.

The remainder of the Complaint contains plaintiff's prayer for relief to which no response is required.  To the extent that a response may be required, defendant denies that the plaintiff is entitled to declaratory relief, injunctive relief, costs and attorney's fees, or to any other relief whatsoever.

The defendant denies each and every allegation of the Complaint unless expressly and specifically admitted.

WHEREFORE, it is respectfully requested that the Complaint be dismissed and that the Court grant any other relief it deems appropriate.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 12567
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

      I hereby certify that on this _____ day of August, 2005, a copy of the foregoing was served by first-class mail, postage prepaid, addressed as follows:

Joyce Milner Notarius  
CADEAUX & TAGLIERI, P.C.  
1100 Connecticut Avenue, NW  
Washington, DC 20036

 

_____  
DIANE M. SULLIVAN  
Assistant United States Attorney  
555 Fourth Street, N.W.  
Civil Division  
Washington, D.C.  20530  
(202) 514-7205