UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MORROW )<br>)<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>  Defendant. )<br>)<br>_____ ) | Civil Action No. 05-1160 (JGP) |

## JOINT SCHEDULING REPORT

Now come the parties to this action through counsel and submit to the Court this Joint Scheduling Report and Proposed Scheduling Order.

On September 6, 2005 and September 14, 2005, counsel for the parties conferred pursuant to Federal Rules of Civil Procedure 16(b), 26(f) and Local Rule 16.3. The following matters are addressed in the order set forth in Local Rule 16.3(c):

1.  <u>Nature of the Case</u>:  This is a Federal Tort Claims Action against the United States filed by the plaintiff arising out of an alleged act of negligence which occurred on November 14, 2002.  Plaintiff William Morrow claims that he was injured on an elevator at the LaGuarde Hospital on the grounds of the U.S. Soldiers and Airmen's Home.  The defendant denies the allegations.

2.  <u>Agreement Upon Factual and Legal Issues</u>:  The parties have agreed to those factual and legal issues that can be agreed

upon or narrowed. However, significant discovery remains to be done before final agreement can be reached.

3. <u>Assignment to Magistrate Judge</u>: The plaintiff does not consent to the assignment of this case to a Magistrate Judge. The defendant would consider the assignment of the case to a Magistrate Judge.

4. <u>Settlement</u>: The parties believe that more discovery needs to be done before the case can be evaluated for settlement.

5. <u>Alternative Dispute Resolution</u>: It is premature to submit the case to alternative dispute resolution.

6. <u>Dispositive Motion</u>: The parties do not believe that the case will be resolved by dispositive motion. The defendant notes, however, that discovery may alter its position.

7. <u>Initial Disclosures</u>: The parties are willing to dispense with the initial disclosures required by Rule 26(a)(1) FR Civ P.

8. <u>Discovery</u>: The parties anticipate written discovery as well as depositions and would anticipate factual discovery can be completed on or before March 30, 2006 and that expert discovery can be completed by May 1, 2006.

9. <u>Experts</u>: Plaintiff will identify his experts by March 1, 2006 and defendant will identify experts by April 1, 2006.

10. <u>Class Action</u>: This is not a class action.

11. <u>Bifurcation</u>: Not applicable.

12. <u>Pretrial</u>: A pretrial conference should be scheduled at the convenience of the Court.

13. <u>Trial</u>: A trial date can be set at the Pretrial Conference.

14. <u>Other Matters</u>: None.

Respectfully submitted,

*James W. Taglieri*
JAMES W. TAGLIERI
D.C. Bar #229880
CADEAUX, TAGLIERI
& NOTARIUS P.C.
1100 Connecticut Avenue, N.W.
Suite 800
Washington, D.C. 20036
Phone: (202) 785-3373

Attorney for Plaintiff

*Kenneth L. Wainstein/dwh*
KENNETH L. WAINSTEIN,
D.C. Bar #451058
United States Attorney

*R. Craig Lawrence/dwh*
R. CRAIG LAWRENCE,
D.C. Bar #171538
Assistant United States Attorney

*Diane M. Sullivan*
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C. 20530
Phone: (202)514-7205

Attorneys for Defendant