UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MORROW )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 05-1160(JGP) |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the parties Rule 16.3 report and the matters discussed at the status conference, it is this _____day of _____ 2005 hereby

ORDERED, that factual discovery shall be completed on or before March 1, 2006 and further,

ORDERED, that plaintiff will identify his expert (s) on or before March 1, 2006 and that defendant will identify its expert(s) by April 1, 2006. The depositions of experts shall be completed by May 1, 2005 and further,

ORDERED, a status conference will be held on _____, 2006 to set a pretrial and trial date.

_____
United States District Court Judge