**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM MORROW ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1160(JGP) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter the appearance of James W. Taglieri, Esquire as Co-Counsel for Plaintiff in the above-captioned matter.

CADEAUX, TAGLIERI & NOTARIUS, P.C.

_____
James W. Taglieri
Attorney for Plaintiff
1100 Connecticut Avenue, N.W.
Suite 800
Washington, D.C.  20036
Telephone (202) 785-3373

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically this  11th  day of October 2005, to:

Diane M. Sullivan, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4919
Washington, D.C.  20530

_____
James W. Taglieri