UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM MORROW,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1160 (JGP) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

The parties came before the Court for an initial scheduling conference on October 11, 2005 at 2 P.M. Based on the representations made by the parties at that hearing and in their joint report [5], it is hereby **ORDERED**

1. The parties shall complete all factual discovery on or before March 30, 2006.

2. Plaintiff shall identify and file reports on any expert witnesses on or before March 1, 2006.

3. Defendant shall identify and file reports on any expert witnesses on or before April 1, 2006.

4. All expert witness discovery shall be completed on or before May 1, 2006.

5. This matter is set down for a status hearing on May 3, 2006 at 10 A.M. in Courtroom 15.

   **SO ORDERED.**

**DATE: October 11, 2005**                              **JOHN GARRETT PENN**
                                                        **United States District Judge**