**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
WILLIAM MORROW                    )
                                 )
                                 )
              Plaintiff,         )
                                 )
         v.                      )       Civil Action No. 05-1160(JGP)
                                 )
UNITED STATES OF AMERICA         )
                                 )
                                 )
              Defendant.         )
                                 )
_____ )
```

**SUGGESTION OF DEATH**

The defendant has been advised by the U.S. Soldiers' and Airmen's Home that the plaintiff died on or about November 10, 2005.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205