*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **WILLIAM MORROW,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1160 (JGP) |

**ORDER**

On December 16, 2005, Defendant filed a notice informing the Court that Plaintiff had died on or about November 10, 2005. Plaintiff's counsel filed nothing in response. Accordingly, it is hereby

**ORDERED** that Plaintiff's counsel file a status report with the Court on or before February 21, 2006.

**DATE: January 19, 2006**                                                      **JOHN GARRETT PENN**
                                                                                                **United States District Judge**