UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MORROW )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 05-1160 (JGP) |

## STATUS REPORT

    Counsel for plaintiff has had an opportunity to confer with the family of the deceased plaintiff and has written them a letter containing his recommendation with respecting how to proceed. Counsel has not yet received a signed response and requests an additional thirty days in which to inform the Court as to how plaintiff wishes to proceed.

    CADEAUX, TAGLIERI & NOTARIUS, P.C.

_____
James W. Taglieri
Attorney for Plaintiff
1100 Connecticut Avenue, N.W.
Suite 800
Washington, D.C. 20036
Telephone (202) 785-3373

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 22nd day of February, 2006, to:

Diane M. Sullivan, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4919
Washington, D.C. 20530

_____
James W. Taglieri
Attorney for Plaintiff

JWT/fan