UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIAM MORROW,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1160 (JGP) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's Status Report [11], it is hereby

**ORDERED** that Plaintiff's counsel file a status report with the Court on or before April 24, 2006.


DATE: February 23, 2006                                    JOHN GARRETT PENN
                                                           **United States District Judge**