# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MORROW | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1160(JGP) |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

The Clerk of the Court will kindly dismiss the above-captioned matter, with

prejudice.

CADEAUX, TAGLIERI & NOTARIUS, P.C.


_____
James W. Taglieri
Attorney for Plaintiff
1100 Connecticut Avenue, N.W.
Suite 800
Washington, D.C.  20036
Telephone (202) 785-3373


_____/s/_____
Diane M. Sullivan         #12765
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4919
Washington, D.C.  20530
Telephone (202) 514-7205

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing  was served electronically this 3rd day of March, 2006, to:

Diane M. Sullivan, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4919
Washington, D.C.  20530

_____
James W. Taglieri