UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIAM MORROW,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1160 (JGP) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's filing titled Voluntary Dismissal with Prejudice [13], it is hereby

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE.**


DATE: March 10, 2006                                        JOHN GARRETT PENN
                                                            **United States District Judge**